WILLIAM H. KELLY, commissioner, &c., respondent,

*v.*

MIDDLESEX TITLE GUARANTEE AND TRUST COMPANY et al., appellants.

[Decided September 27th, 1934.]

*Mr. John E. Toolan,* for the respondent.

*Mr. Russell Fleming, Mr. C. Clifford Brangs* and *Mr. Douglas M. Hicks,* for the appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan, and reported in *115 N. J. Eq. 592.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 14.

*For reversal*—None.